IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILFREDO SANCHEZ,           )
                            )
        Plaintiff,          )
                            )
    v.                      )    No. 13 C 6162
                            )
LT. WILLIAM BROWN, et al.,  )
                            )
        Defendants.         )

MEMORANDUM ORDER

Wilfredo Sanchez ("Sanchez") has employed the form Complaint, provided by the Clerk's Office for use by persons in custody who seek to advance claims under 42 U.S.C. §1983 ("Section 1983"), to sue a number of the personnel at Stateville Correctional Center ("Stateville") for the asserted violation of his constitutional rights while he was in custody there.[1] This Court has conducted the threshold scrutiny called for by 28 U.S.C. §1915A[2] and has found that Sanchez has asserted cognizable claims, so that the action can go forward.

As the first order of business, this memorandum order looks at Sanchez' qualification for in forma pauperis status under the special terms prescribed by Section 1915 for prisoner plaintiffs. In that respect Sanchez' In Forma Pauperis Application ("Application") is properly accompanied by a printout reflecting

---

[1] As Sanchez' Complaint reflects, he has since been transferred to Pontiac Correctional Center ("Pontiac").

[2] All further references to Title 28's provisions will simply take the form "Section--."

the transactions in his trust fund account at Pontiac during the relevant six-month period specified in Section 1915(a)(2), and this Court finds the average monthly deposits to that account during that time frame amounted to $26.67, 20% of which (see id.) is $5.33. Accordingly the Application is granted to the extent that Sanchez need not pay the full $350 filing fee in advance, although he must pay the entire fee in current and future installments.

Sanchez is therefore assessed that initial partial payment of $5.33, and the Pontiac trust fund officer is ordered to collect that amount from Sanchez' trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department

After such initial payment, the trust fund officer at Pontiac (or at any other correctional facility where Sanchez may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

Both the initial payment and all future payments called for in this memorandum order shall clearly identify Sanchez' name and the 13 C 6162 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this memorandum order to the Pontiac trust fund officer.

Next Sanchez' Motion for Attorney Representation ("Motion") reflects his efforts on his own to enlist counsel to represent him pro bono publico. Because those efforts have been unsuccessful, this Court has obtained the name of this member of the District Court trial bar to carry out that responsibility:

> Max Shaftal, Esq.
> Patzik Frank & Samotny, Ltd.
> 150 South Wacker Drive - Suite 1500
> Chicago IL 60606
> 312-551-8300

This Court is also contemporaneously issuing its customary order establishing an initial status hearing date, and the designated counsel is expected to arrange for service of process as well as conferring with Sanchez and engaging in such other preparatory activities as may be appropriate.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 12, 2013